# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DEWAYNE DICKERSON,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:23-cv-01218-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 9) |

On November 13, 2023, the parties submitted a stipulated motion for a first extension of time to file Plaintiff's motion for summary judgment, extending the deadline from November 15, 2023, to December 30, 2023. (ECF No. 9.) The parties proffer good cause exists because Plaintiff's counsel "is experiencing a backlog in her workload." (Id. at 1.) The Court is satisfied that good cause exists to grant the stipulated extension.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulated motion to modify the schedule (ECF No. 9) is GRANTED;

2. Plaintiff shall have until **December 30, 2023**, to file his motion for summary judgment; and

/ / /

/ / /

/ / /

1

3. All remaining deadlines as set forth in the scheduling order (ECF No. 4) shall be modified accordingly.

IT IS SO ORDERED.

Dated: **November 13, 2023**

UNITED STATES MAGISTRATE JUDGE