# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DEWAYNE DICKERSON,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:23-cv-01218-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 11) |

On December 27, 2023, the parties submitted a stipulated motion for a second extension of time to file Plaintiff's motion for summary judgment, extending the deadline from December 30, 2023 to January 9, 2024. (ECF No. 11.) The parties represent the extension of time is requested because "Plaintiff's counsel is a bit behind in her work due to holiday plans." (Id. at 1.) The Court is satisfied that good cause exists to grant the stipulated extension for the limited time requested.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulated motion to modify the scheduling order (ECF No. 11) is GRANTED;

2. Plaintiff shall have until **January 9, 2024**, to file his motion for summary judgment; and

///

1

3. All remaining deadlines as set forth in the scheduling order (ECF No. 4) shall be modified accordingly.

IT IS SO ORDERED.

Dated: __**December 28, 2023**__

UNITED STATES MAGISTRATE JUDGE