# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DEWAYNE DICKERSON,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:23-cv-01218-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 15) |

On January 8, 2024, the parties submitted a stipulated motion for a third extension of time to file Plaintiff's motion for summary judgment, extending the deadline from January 9, 2024 to January 19, 2024. (ECF No. 15.) The parties represent the extension of time is requested because "Plaintiff's counsel has had Covid over the past couple of weeks and has been too ill to work." (Id. at 1.) The Court is satisfied that good cause exists to grant the stipulated extension for the limited time requested.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulated motion to modify the scheduling order (ECF No. 15) is GRANTED;

2. Plaintiff shall have until **January 19, 2024**, to file his motion for summary judgment; and

///

1

3. All remaining deadlines as set forth in the scheduling order (ECF No. 4) shall be modified accordingly.

IT IS SO ORDERED.

Dated: **January 9, 2024**

_____
UNITED STATES MAGISTRATE JUDGE

2