# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DEWAYNE DICKERSON,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:23-cv-01218-SAB<br><br>ORDER RE STIPULATION FOR AWARD OF ATTORNEY FEES UNDER EAJA<br><br>(ECF No. 21) |

Robert Dewayne Dickerson ("Plaintiff") filed the complaint in this action on August 12, 2023. (ECF No. 1.) On February 15, 2024, the Court entered the parties' stipulation agreeing to a voluntary remand of the matter pursuant to 42 U.S.C. § 405(g), remanded the action for further proceedings, and entered judgment in favor of Plaintiff. (ECF Nos. 18, 19, 20.) On May 15, 2024, the parties filed a stipulation for the award of attorney fees in the amount of $11,497.14, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA") and costs in the amount of $402.00 under 28 U.S.C. §1920. (ECF No. 21.)

///
///
///
///
///

1    Accordingly, IT IS HEREBY ORDERED that Plaintiff is awarded attorney fees under
2 the EAJA in the amount of $11,497.14 and costs in the amount of $402.00 under 28 U.S.C. §
3 1920, subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated:   **May 15, 2024**

UNITED STATES MAGISTRATE JUDGE